**Michael Craig CLARK, Plaintiff–Appellant,**

v.

**Teresa H. COBB; Stephen A. Cobb, Jr., Defendants–Appellees.**

No. 06–2157.

United States Court of Appeals, Fourth Circuit.

Submitted: March 22, 2007.

Decided: March 27, 2007.

Michael Craig Clark, Appellant Pro Se. Randolph Courtland DuVall, Breeden, Salb, Beasley & DuVall, Norfolk, Virginia, for Appellees.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Craig Clark appeals the district court's order dismissing his civil action alleging negligence following an automobile accident. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Clark v. Cobb,* No. 2:06–cv–00179–RBS (E.D.Va. Oct. 20, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*